Christopher P. BUONANNO

v.

Joseph R. DiSTEFANO et al., State Board of Elections.

No. 81–64–M.P.

Supreme Court of Rhode Island.

June 4, 1981.

Christopher P. Buonanno, pro se.

Jeremiah S. Jeremiah, Jr., Bruce M. Selya, Providence, for respondents.

## ORDER

This is a petition in the nature of quo warranto. The petition is denied and dismissed. *See Buonanno v. DiStefano*, 430 A.2d 765 (R.I., 1981).

Ida ANNICELLI

v.

TOWN OF SOUTH KINGSTOWN et al.

No. 80–508–A.

Supreme Court of Rhode Island.

June 11, 1981.

Hogan & Hogan, Donald J. Packer, Thomas S. Hogan, Providence, for plaintiff-appellee.

Robert B. Gates, Town Sol., South Kingstown, for Town of South Kingstown, appellant.

Daniel J. Schatz, Sp. Asst. Atty. Gen., State of R.I., Providence, Ann P. Gailis, U.S. Dept. of Justice, Land and Natural Resources Division, Sp. Litigation Section, Washington, D.C., Jane L. Bloom, Natural Resources Defense Council, Inc. and Coalition of Coastal Committees and Audubon Society of Rhode Island, New York City, Harold Ward, Natural Resources Defense Council, Inc., Dennis H. Esposito, Coastal Resources Management Council, Sean Coffey, Department of Environmental Management, Providence, Richard O. Brooks, Environmental Law Center, Vermont Law School, Royalton, Vt., for amici curiae.

## ORDER

The motion of the Coalition for Coastal Communities and the Audubon Society of Rhode Island for permission to join in the amicus curiae brief filed by the Natural Resources Defense Council, Inc. et al., is granted.